IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AL GILANI,<br>    *Plaintiff*<br><br>v.<br><br>UNIVERSITY OF TEXAS<br>SOUTHWESTERN MEDICAL CENTER,<br>ANGELA MIHALIC, M.D., BLAKE<br>BARKER, M.D., W.P. ANDREW LEE,<br>M.D., and DWAIN THIELE, M.D.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:21-CV-1461 |

## DEFENDANTS' NOTICE OF REMOVAL

The University of Texas Southwestern Medical Center, Angela Mihalic, M.D., Blake Barker, M.D., W.P. Andrew Lee, M.D., and Dwain Thiele, M.D. (collectively "Defendants") respectfully show the following:

1.　**Removal Provision:** This removal is based on claims arising under federal law, in accordance with 28 U.S.C. § 1441(a). Plaintiff Al Gilani asserts federal claims under Title VI of the Civil Rights Act of 1964 and the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution brought through 42 U.S.C. § 1983. *See* 28 U.S.C. § 1331; Plaintiff's Original Petition. The Court has supplemental jurisdiction over Gilani's state law claim, defamation, which involves the same allegations at issue in Gilani's federal claims. *See* 28 U.S.C. § 1367(a).

2.　**State Action:** Gilani filed this action on March 25, 2021, in the 191st Judicial District Court, Dallas County, Texas, Cause No. DC-21-03796. Plaintiff is Al Gilani. Defendants are The University of Texas Southwestern Medical Center, Angela Mihalic, M.D., Blake Barker, M.D., W.P. Andrew Lee, M.D., and Dwain Thiele, M.D., and are represented by Assistant Attorney General Brian

Aslin of the Office of the Attorney General of the State of Texas. Defendants filed their state court Answer on June 18, 2021.

3.    **Nature of the Lawsuit:** Gilani alleges discrimination in violation of Title VI of the Civil Rights Act of 1964, as amended, violations of due process rights in violation of the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution brought through 42 U.S.C. § 1983, and defamation. Gilani requests declaratory judgment, injunctive relief, compensatory damages, alteration of his medical school transcript, release of his medical school transcript, attorneys' fees, and costs. *See* Plaintiff's Original Petition.

4.    **Jury Demand:** Plaintiff did not request a trial by jury in his Original Petition.

5.    **Consent:** Defendants all consent to removal of this lawsuit to this Court.

6.    **Removal Requirement of 28 U.S.C. § 1441:** This action is a civil action raising federal questions of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441(a). Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division.

7.    **Compliance with Deadline:** Counsel for Defendants accepted service on their behalf on May 27, 2021 at which point they first became aware that the case was removable. Defendants file this notice of removal within thirty days as required by 28 U.S.C. § 1446(b)(3). *See Ashford v. Aerofram Servs., L.L.C.*, 907 F.3d 385, 387 (5th Cir. 2018). Therefore, this removal is timely.

8.    **State Court Pleadings:** Defendants are filing concurrently with this notice, as required by Local Rules and 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served upon, or by, the Defendants in this state court action.

Accordingly, Defendants pray that this cause be removed to the United States District Court

Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1441(a).

Date: June 21, 2021                          Respectfully submitted.

                                             KEN PAXTON
                                             Attorney General of Texas

                                             BRENT WEBSTER
                                             First Assistant Attorney General

                                             GRANT DORFMAN
                                             Deputy First Assistant Attorney General

                                             SHAWN COWLES
                                             Deputy Attorney General for Civil Litigation

                                             THOMAS A. ALBRIGHT
                                             Chief for General Litigation Division

                                             /s/ Brian A. Aslin
                                             BRIAN A. ASLIN
                                             Attorney-in-Charge
                                             Texas Bar No. 24106850
                                             S.D. ID No. 3607809
                                             Assistant Attorney General
                                             General Litigation Division
                                             Office of the Attorney General
                                             P.O. Box 12548, Capitol Station
                                             Austin, Texas 78711-2548
                                             Telephone (512) 475-4196
                                             Facsimile: (512) 320-0667
                                             brian.aslin@oag.texas.gov

                                             **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On June 21, 2021, the undersigned attorney served a true and correct copy of the foregoing to all counsel of record in compliance with the Federal Rules of Civil Procedure.

Elizabeth Alvarez
Texas Bar No. 24071942
Scott Gray
Texas Bar No. 24043701
GUEST & GRAY, P.C
112 S. Bois D'Arc St.
Forney, Texas 75126
Tel. (972) 564-4644
Fax. (866) 209-9785
alvarez@guestandgray.com
Scott@guestandgray.com

ATTORNEYS FOR PLAINTIFF

/s/ Brian A. Aslin
BRIAN A. ASLIN
Assistant Attorney General